UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60484-Civ-WILLIAMS

DRAGUTIN PAVLETIC,

    Plaintiff,

vs.

BERTRAM YACHT, INC., and
CATERPILLAR, INC.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT BERTRAM YACHT, INC.'S MOTION FOR INVOLUNTARY DISMISSAL WITH PREJUDICE

This MATTER is before the Court on Defendant Bertram Yacht Inc.'s Motion for Involuntary Dismissal with Prejudice [D.E. 45]. Plaintiff filed his Original Complaint and Amended Complaint against Defendants Bertram Yacht, Inc. and Caterpillar, Inc. [D.E. 1, 25]. Before this case was transferred to the undersigned, Judge Kenneth Marra granted Defendant Bertram Yacht's Motion to Dismiss the Amended Complaint [D.E. 31], and ordered Plaintiff to file a second amended complaint within 14 days of the date of the Order [D.E. 37]. When Plaintiff filed to comply with that deadline, this Court issued an Order to Show Cause [D.E. 40]. Plaintiff filed a Response expressing his view that Judge Marra's Order did not require him to amend his complaint [D.E. 41]. Despite disagreeing with that interpretation of Judge Marra's Order, this Court nonetheless afforded Plaintiff an additional 7 days to file a second amended complaint [D.E. 43], which he did [D.E. 44]. Plaintiff's Second Amended Complaint, however,

1

names only Caterpillar as a Defendant, and omits Bertram Yacht as a Defendant. Bertram Yacht therefore filed the instant motion for involuntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(b) [D.E. 45]. In the motion, Bertram Yacht correctly points out that the October 3, 2011 deadline for filing amended pleadings has passed, Plaintiff originally failed to comply with Judge Marra's Order requiring a second amended complaint, and Plaintiff has now declined to name Bertram Yacht as a Defendant. For these reasons, the Court hereby **GRANTS** the motion. Accordingly, this action is hereby **DISMISSED WITH PREJUDICE** as to Defendant Bertram Yacht, Inc. The action will continue to proceed against Defendant Caterpillar, Inc.

DONE AND ORDERED in Chambers, at Miami, Florida, this 18th day of October, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE